**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIENNIE LUCAS BALISI, an individual; RYAN CANILLAS BALISI, an individual; and ELIZA MALANA LONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KEANE F. PAMATIGAN, an individual; ROSANNA HELERA PEAN, an individual; PATRICK CO RODRIGUEZ, an individual; ISTANA MARKETING, a corporate entity of unknown form; JUAN V. LLAVAN, an individual; FLORENCIO V. LLAVAN, an individual; and AGUSTINA L. FAMOSO a/k/a AGUSTINA L. LLAVAN, an individual; and DOES 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-02266-WBS-CKD<br><br>(*Judge William B. Shubb*)<br><br>**ORDER ALLOWING FILING OF THE FIRST AMENDED COMPLAINT (FRCP RULE 15)** |

**THIS COURT, HAVING RECEIVED, FILED AND DULY CONSIDERED** the above signed stipulation of the parties pursuant to FRCP Rule 15, to permit the amendment of the Complaint to add two defendants to the Complaint,

**IT IS HEREBY ORDERED** that Plaintiff is permitted to amend the Complaint, by filing an Amended Complaint within five court days of the filing of this Order.

**IT IS SO ORDERED.**

**Dated: September 10, 2026**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE